## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TIMOTHY SCOTT MASON,**
**ADC #152030**                                                                                     **PLAINTIFF**

**V.**                         **CASE NO. 4:16-CV-00177 JLH/BD**

**DOC HOLIDAY, et al.**                                                **DEFENDANTS**

### ORDER

Magistrate Judge Beth Deere has filed a Partial Recommended Disposition ("Recommendation"), and the parties have not objected. The recommendation should be, and hereby is, approved and adopted in all respects.

Mason's claims against Defendant Holiday are DISMISSED, without prejudice. In addition, his claims against Defendants Blocker and Johnson, in their official capacities, are DISMISSED, without prejudice.

IT IS SO ORDERED, this 26th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE