IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIMOTHY SCOTT MASON,
ADC #152030                                                                  PLAINTIFF

V.                          CASE NO. 4:16-CV-177-BD

DOC HOLLADAY, et al.                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 4th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE